

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-02645-MSK-MJW

ATLANDIA IMPORTS, INC. d/b/a ICELANDIC DESIGN, a Colorado corporation,

Plaintiff,

v.

BLUESKY BRANDS, INC., a Delaware corporation, WINTERTHUR MUSEUM AND COUNTRY ESTATE, and John Does, 1 through 5,

Defendants.

---

### ORDER MOTION TO VACATE SCHEDULING CONFERENCE
### (DN 7)

---

THIS MATTER has come before the Court pursuant to Plaintiff's Motion to Vacate the Scheduling Conference on February 14, 2008 at 9:30 a.m., and the Court, being fully advised and finding good cause exists, *the motion is granted and the Scheduling*

HEREBY ORDERS that ~~the settlement~~ conference set in this matter for February 14, 2008 at ~~10:45 a.~~ 9:30 a.m. is vacated, that the parties have until February 29, 2008 within which to file dismissal documents with the Court *or show cause why the case should not be dismissed.*

Dated this 8 day of February, 2008.

BY THE COURT:

/s/ Michael J. Watanabe
Michael J. Watanabe
US Magistrate Judge

1